**Order entered April 26 , 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00133-CR

**MANDY ROSEANNE STATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-23660-U**

## ORDER

The Court **GRANTS** court reporter Sasha Brooks's April 26, 2016 request for an extension of time to file the reporter's record. We **ORDER** Ms. Brooks to file the complete reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We note the clerk's record does not contain the trial court's certification of appellant's right to appeal, nor have we received a separate copy of the certification. Accordingly, we **ORDER** the trial to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE